In the Matter of the Claim of FRANK KESSLER, Appellant, against NEW YORK STATE CONSERVATION DEPARTMENT and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from denial of an award on a death claim by dependent father of a State game protector against the New York State Conservation Department. Award was denied upon the ground that the

injury which caused death was received while decedent was off duty. The evidence sustains the decision. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.